```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HUGHES,

    *Plaintiff,*

v.

SUN LIFE INSURANCE AND ANNUITY
COMPANY OF NEW YORK, BRIAN
SULLIVAN, and DEBRA CONNER,

    *Defendants.*

Civil Action No.: 06-3095 (SAS)

STIPULATION OF DISCONTINUANCE

It is hereby stipulated by plaintiff Donna Hughes (through her attorneys Frankel & Newfield, P.C.) and defendants Sun Life Insurance and Annuity Company Of New York, Brian Sullivan, and Debra Conner (through their attorneys White and Williams LLP) that in light of no party being an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be discontinued, **with prejudice**, without costs to either party as against the other. This stipulation may be filed, without further notice, with the clerk of the court. A facsimile copy or copy of this stipulation may be filed with the court as if it were an original.

FRANKEL & NEWFIELD, P.C.

/s/ Justin C. Frankel
Justin C. Frankel, Esq. (JF-5983)
585 Stewart Avenue - Suite 301
Garden City, NY 11530
Phone: 516.222.1600
*Attorney for plaintiff Donna Hughes*

WHITE AND WILLIAMS LLP

/s/ Rafael Vergara  1/4/07
Rafael Vergara (RV-4098)
One Penn Plaza, Suite 1801
New York, New York 10119
Phone: 212.244.9500
*Attorneys for defendants Sun Life Insurance and Annuity Company Of New York, Brian Sullivan, and Debra Conner*

Dated: 1/9/06

SO ORDERED:
/s/ Shira A. Scheindlin
SHIRA A. SCHEINDLIN, U.S.D.J.

Page 1 of 1

NYCDMS 18899v.1